IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEVIN LEVAN ELMORE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO. 2:14-cv-614-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #5), entered on July 17, 2014, and following a review of the file, the court ADOPTS the Recommendation, and it is hereby

ORDERED that this 28 U.S.C. § 2255 motion is DENIED without prejudice.

DONE this 16th day of October, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE